# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ZION GADSON                                                          PETITIONER

V.                  CASE NO. 4:20-CV-886-JM-BD

ARKANSAS, State of; and
LAFFYETTE WOODS, JR.                                RESPONDENTS

## **ORDER**

The Court has carefully reviewed the Recommended Disposition for dismissal filed by Magistrate Judge Beth Deere. Mr. Gadson has not filed any objections to the Recommendation. After careful consideration, this Court adopts the Recommendation as its own.

Zion Gadson's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE