# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ZION GADSON**                                                       **PETITIONER**

V.                 **CASE NO. 4:20-CV-886-JM-BD**

**ARKANSAS, State of; and**
**LAFFYETTE WOODS, JR.**                                          **RESPONDENTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE